

# MANDATE

# The Fourteenth Court of Appeals

NO. 14-13-00984-CV

Jung Ju Chang, Appellant

v.

H-Mart Houston, Inc., Appellee

Appealed from the County Civil Court at Law No 4 of Harris County. (Tr. Ct. No. 1035736). Memorandum Opinion delivered by Justice Donovan. Justices Brown and Wise also participating.

**TO THE COUNTY CIVIL COURT AT LAW NO 4 OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on February 26, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellee, H-Mart Houston, Inc., signed October 24, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Jung Ju Chang, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, May 08, 2015.



**CHRISTOPHER A. PRINE, CLERK**